UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR 111 083 |
| | ) |
| v. | ) VIO: 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D) |
| | ) Dealing In Firearms Without a License |
| TERRELL JOHNSON, aka "T," | ) |
| | ) |
| Defendant. | ) |

## COUNT ONE
(Dealing in Firearms Without a License)

**THE GRAND JURY CHARGES THAT:**

Beginning on or about May 13, 2010, and continuing through June 1, 2010, in Richmond County, within the Southern District of Georgia, the defendant,

**TERRELL JOHNSON, aka "T,"**

aided and abetted by other persons known and unknown, knowingly and willfully engaged in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

A TRUE BILL.

_/s/ James D. Durham_
James D. Durham
First Assistant United States Attorney

_/s/ Nancy C. Greenwood_
Nancy C. Greenwood (Lead counsel)
Assistant United States Attorney